## UNITED STATES *v.* MERCHANT

No. 85–1672. Argued March 4, 1987—Decided March 24, 1987

 

*Paul J. Larkin, Jr.,* argued the cause for the United States. With him on the briefs were *Solicitor General Fried, Assistant Attorney General Trott,* and *Deputy Solicitor General Bryson.*

*Penelope M. Cooper* argued the cause for respondent. With her on the brief were *Cristina C. Arguedas* and *Ted W. Cassman.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*\*Nancy Gertner* and *Judith H. Mizner* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging affirmance.